UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JANE DOE S.F., et al., | Case No. 25-cv-10526-LB |
| Plaintiffs, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | Re: Dkt. No. 3:25-md-03166-RS |
| ROBLOX CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Richard Seeborg, to consider whether the case is related to case number 3:25-md-03166-RS.

**IT IS SO ORDERED.**

Dated: January 12, 2026

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 25-cv-10526-LB